*In re* **Varchetto,** Richard M. (MR 18248)
River Grove, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Richard M. Varchetto is suspended from the practice of law for three months.

Respondent Richard M. Varchetto shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.


*In re* **Walker,** William Jay (MR 18252)
Tempe, AZ

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent William Jay Walker, who has been disciplined in the State of Arizona, is censured in Illinois.